JS - 6

cc: order, docket and remand letter to
Los Angeles Superior Court, BC 449440

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PEDROZA, an Individual, ) | Case No. CV 10-09797 DDP (SSx) |
| Plaintiff, ) | **ORDER OF REMAND** |
| v. ) | |
| HOME DEPOT USA INC., a Delaware Corporation, individually and doing business as The Home Depot; MIKE ABDELHAK, an Individual, ) | |
| Defendants. ) | |

THE COURT ORDERS that this action be, and hereby is, REMANDED.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 7, 2011

_____
DEAN D. PREGERSON
United States District Judge